R. Terry Parker, Esquire
Law Office of R. Terry Parker
43 W. 43rd Street, Suite 275
New York, New York
10036-7424
Tel: (212) 598-5068
Email: terry@rterryparkerlaw.com

September 5, 2023

<u>**VIA ECF**</u>

Honorable Denis L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **Minden Pictures, Inc. v. Seeking Alpha Inc.**
      **Case No.: 23-cv-5080 (DLC)**

Dear Judge Cote:

I represent the plaintiff Minden Pictures, Inc. ("Plaintiff") in this copyright infringement matter against the defendant Seeking Alpha Inc. ("Defendant"). . The proposed amended complaint is attached hereto.

The proposed amended complaint adds two photographs that Defendant used without Plaintiff's permission. These two photographs were reproduced, distributed, publicly displayed, and used in the creation of derivative works by Defendant on the website owned or controlled by Defendant, namely, www.seekingalpha.com.

Under Rule 15(a) of the Federal Rules of Civil Procedure, "[t]he court should freely give leave" to a party to amend its complaint "when justice so requires." Fed. R. Civ. P. 15(a)(2). "Leave may be denied 'for good reason, including futility, bad faith, undue delay, or undue prejudice to the opposing party.'" *TechnoMarine SA v. Giftports, Inc.*, 758 F.3d 493, 505 (2d Cir. 2014) (quoting *McCarthy v. Dun & Bradstreet Corp.*, 482 F.3d 184, 200 (2d Cir. 2007)). An amendment would be futile if the amended complaint "could not withstand a motion to dismiss." *Balintulo v. Ford Motor Co.*, 796 F.3d 160, 164–65 (2d Cir. 2015) (quoting *Lucente v. IBM Corp.*, 310 F.3d 243, 258 (2d Cir. 2002)).

Here, Plaintiff seeks to add additional photographs to existing copyright infringement claims between the same parties. The efficient administration of justice would require that all of

Hon. Denis L. Cote
September 5, 2023
Page 2

Plaintiff's copyright claims against Defendant be litigated in the same case. There is no surprise, delay or undue hardship to Defendant from the proposed amendment. No scheduling order has been entered. The parties have yet to begin discovery in this case. Nor would leave to amend be futile because the facts contained in the amended complaint, accepted as true, establish liability and damages for the eighteen photographs.

Thank you for consideration of this letter motion.

Respectfully submitted,

*/s/ R. Terry Parker*
R. Terry Parker