```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    23cv5080 (DLC)
MINDEN PICTURES, INC.,                   :
                                         :         ORDER
                          Plaintiff,     :
               -v-                       :
                                         :
SEEKING ALPHA INC.,                      :
                                         :
                          Defendant.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on November 1, 2023, it is hereby

ORDERED that the following motions will be served by the dates indicated below:

Any motion for leave to amend the complaint:

- Motion served by November 17, 2023
- Opposition served by December 15, 2023
- Reply served by January 5, 2024

Any motion for judgment on the pleadings:

- Motion served by December 15, 2023
- Opposition served by January 5, 2024
- Reply served by January 19, 2024

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500

Pearl Street, New York, New York.

Dated:   New York, New York
         November 1, 2023

                              _____
                                    DENISE COTE
                              United States District Judge