**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MINDEN PICTURES, INC.,<br>        Plaintiff,<br><br>        v.<br><br>SEEKING ALPHA INC.,<br>        Defendant, | )<br>)<br>)<br>)   Civil Action No.: 23-cv-5080-DLC<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff will move this Court before the Honorable Judge Cote, United States District Judge, 500 Peal Street, New York, New York, for an order granting Plaintiff's Motion for Leave to Amend the Complaint and for any further relief that the Court deems just and proper. In support of its motion, Plaintiff relies upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Leave to Amend the Complaint, the declaration of the undersign counsel and accompanying exhibit filed herewith.

Respectfully submitted,

Dated: November 17, 2023

/s/ R. Terry Parker
R. Terry Parker, Esquire
Law Office of R. Terry Parker
43 West 43rd Street, Ste 275
New York, New York 10036-7424
Telephone: (212) 859-5068
Email : terry@rterryparkerlaw.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November, 2023, I caused a copy of the foregoing to be served on all parties via ECF.

*/s/ R. Terry Parker*
R. Terry Parker